BayRock Mortgage Corporation
P.O. Box 2902
Alpharetta, Georgia 30023

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@gandlei.gand.circ11.dcn
Bcc:GANDdb_efile_AJB@gand.uscourts.gov, GANDdb_efile_CC@gand.uscourts.gov,
JMcCumber@DeKalb-Law.com, bispham@dekalb-law.com, quinn@dekalb-law.com
Message-Id:<3128477@gand.uscourts.gov>
Subject:Activity in Case 1:08-cv-02674-CC-AJB Williams v. BayRock Mortgage
Corporation Report and Recommendation
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 7/1/2009 at 8:30 AM EDT and filed on 7/1/2009
**Case Name:**     Williams v. BayRock Mortgage Corporation
**Case Number:**   1:08-cv-2674
**Filer:**
**Document Number:** 28

**Docket Text:**
**REPORT AND RECOMMENDATION re [1] Complaint. It is Recommended that the DistrictCourt: (1) STRIKE Defendants answer; (2) ENTER A DEFAULT against Defendant; and (3) CONDUCT an evidentiary hearing on damages or DIRECT theundersigned to conduct an evidentiary hearing on damages and submit another Reportand Recommendation on this issue. Signed by Magistrate Judge Alan J. Baverman on 6/30/2009. (Attachments: # (1) Order for Service)(vs)**

**1:08-cv-2674 Notice has been electronically mailed to:**

Jerry D. McCumber    JMcCumber@DeKalb-Law.com

William G. Quinn , III    quinn@dekalb-law.com, bispham@dekalb-law.com

**1:08-cv-2674 Notice has been delivered by other means to:**

BayRock Mortgage Corporation

11575 Great Oaks Way, Suite 300
Alpharetta, GA 30022

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/1/2009] [FileNumber=3128475-0]
[1f33be03cd0aae0a6378f638517f632cb4132099c3b91081891097ff411fde6c2914
539f2b99c9b5a2533c1cd7ea987611fa6ebdf25e40cf2f793e4e001aba1c]]

**Document description:** Order for Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/1/2009] [FileNumber=3128475-1]
[1c02aa8200ff369fb966ba7b67278012d76e7f4eb8cabbc24664f814b1839b8b682b
238f4c13fe7c0fc50980eb1326f9ae96076ce9ebf5426c7104ffaf9e5164]]