**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

EGYPT WILLIAMS,

                Plaintiff,                  CIVIL ACTION FILE

vs.                                 NO. 1:08-cv-2674-CC

BAYROCK MORTGAGE CORPORATION,

                Defendant.

## <u>DEFAULT  JUDGMENT</u>

The defendant BAYROCK MORTGAGE CORPORATION, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Clarence Cooper, United States District Judge, by order of 12/4/2009, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff EGYPT WILLIAMS, recover from the defendant BAYROCK MORTGAGE CORPORATION, damages as follows:  $221,443 in back pay under 42 U.S.C. § 2000e-5(g)(1);  $100,000 in compensatory damages under 42 U.S.C. § 1981a(a); $200,000 in punitive damages under 42 U.S.C. § 1981a(a);  $21,060 in attorneys' fees under 42 U.S.C. § 2000e-5(k);₁ and $486.19 in costs.

Dated at Atlanta, Georgia this 4th day of December, 2009.

                         JAMES N. HATTEN
                         CLERK OF COURT

          By:    s/Velma Shanks
                  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  December 4, 2009
James N. Hatten
Clerk of Court

By:s/Velma Shanks
      Deputy Clerk